STATE OF NEW JERSEY v. ANTHONY PACILIO, JR.

October 25, 1983.

Petition for certification denied.

ESSEX COUNTY BOARD OF TAXATION v. CITY OF ORANGE.

October 25, 1983.

Petition for certification denied.

JAMES A. BUCKLEY v. ESTATE OF CHARLES PIROLO.

October 25, 1983.

Petition for certification granted.   (See 190 *N.J.Super.* 491)

PATRICIA CEROLI v. ESTATE OF CHARLES PIROLO.

October 25, 1983.

Petition for certification granted.   (See 190 *N.J.Super.* 491)